UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 25-mj-299 (JTH)

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE PREMISES FURTHER DESCRIBED IN ATTACHMENT A | **UNDER SEAL**<br><br>**MOTION TO UNSEAL** |

The United States of America hereby moves the Court for an order to unseal the above-captioned search warrant.

When the search warrant was signed on Tuesday, May 20, 2025, the Government moved that it be sealed. However, since that date, the defendant has been notified about the investigation, and so the previous basis for keeping this warrant sealed is no longer necessary.

Accordingly, the government respectfully requests that the Court issue an order to unseal the above-captioned search warrant.

Dated: May 22, 2025

                                              Respectfully Submitted,

                                              LISA D. KIRKPATRICK
                                              Acting United States Attorney

                                              */s/ Joseph H. Thompson*
                               BY:  JOSEPH H. THOMPSON
                                              Assistant U.S. Attorney